Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

# UNITED STATES DISTRICT COURT
### for the
Northern District of Texas

~~Northwest~~ Division

Joyce Davis

_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

The Allstate Corporation
Allstate Insurance Company
All States Vehicle + Property
Arity LLC 875LLC+ Services
Inc et.al

Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. **4-26CV-547-P**

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☒ No

## COMPLAINT FOR A CIVIL CASE

I.   **The Parties to This Complaint**

A.   **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name               Joyce Davis
Street Address     2616 Timberline DR
City and County    Fort Worth
State and Zip Code  Texas 76119
Telephone Number   682 474-7788
E-mail Address     natedoug99@gmail.com

B.   **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

_____ Division

| | |
|---|---|
| Meisha Davis <br> _Plaintiff(s)_ <br> (Write the full name of each plaintiff who is filing this complaint. <br> If the names of all the plaintiffs cannot fit in the space above, <br> please write "see attached" in the space and attach an additional <br> page with the full list of names.) <br><br> -v-<br><br> The All States Corporation <br> All State Insurance Company <br> All State Vehicle Arity LLC <br> _Defendant(s)_  et. al <br> (Write the full name of each defendant who is being sued. If the <br> names of all the defendants cannot fit in the space above, please <br> write "see attached" in the space and attach an additional page <br> with the full list of names.) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. _____ <br> (to be filled in by the Clerk's Office) <br><br> Jury Trial: (check one) ☐ Yes ☒ No |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Meisha Davis |
| Street Address | 2616 Timberline Dr |
| City and County | Fort Worth |
| State and Zip Code | Texas 76119 |
| Telephone Number | 214 713-4388 |
| E-mail Address | meisha.shabazz@yahoo.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

_____ Division

|  |  |
|---|---|
| John Edward Greyson<br>_Plaintiff(s)_<br>(Write the full name of each plaintiff who is filing this complaint.<br>If the names of all the plaintiffs cannot fit in the space above,<br>please write "see attached" in the space and attach an additional<br>page with the full list of names.)<br><br>-v-<br><br>The Allstate Corporation etal<br>_Defendant(s)_<br>(Write the full name of each defendant who is being sued. If the<br>names of all the defendants cannot fit in the space above, please<br>write "see attached" in the space and attach an additional page<br>with the full list of names.) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. _____<br><br>(to be filled in by the Clerk's Office)<br><br>Jury Trial: _(check one)_  ☐ Yes  ☒ No |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | John Edward Grey Sr |
| Street Address | 2531 Timberline DR |
| City and County | Fort Worth |
| State and Zip Code | Texas 76119 |
| Telephone Number | 817 845-2468 |
| E-mail Address | meshaishabazz@yahoo.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title _(if known)_.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

Defendant No. 1

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Lionel McPhaull Mgr
Manager for company
Claim # 0153854108
May 4, 2024
972-871-6267

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Colleen Acosta
Uninsured adjuster
May 4th, 2024
504-219-3644
fax No. 866-447 4293

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Mya Love
Personal Injury Adjuster
May 4th, 2024
713-277-9686
N/A

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Aaron Sterling
Driver of   May 4th 2024
3906 Marble Fox Trail
Arlington
TX 76005
N/A   May 4th 2024
N/A

Page 2 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

Defendant No. 5

    Name    Sheryl Eagleton

    Job or Title *(if known)*

    Street Address    Travelers Business Center

    City and County

    State and Zip Code    Texas

    Telephone Number    877 499-4454

    E-mail Address *(if known)*    Policy No 99640995D2221

Defendant No. 6

    Name    Christa M Mgr

    Job or Title *(if known)*    Investigator

    Street Address

    City and County    August 11th 2020

    State and Zip Code

    Telephone Number    952-975-3070

    E-mail Address *(if known)*

Defendant No. 3

    Name    Alisha Shaw

    Job or Title *(if known)*    adjuster

    Street Address

    City and County

    State and Zip Code    August 11th 2020

    Telephone Number    913-663-6629

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question                     ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. This is a civil action arising under 1985 Sherman Antitrust Act Rule 41 Claims for Relief Rule 52 alleging A Corporation

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _Joyce Davis_, is a citizen of the State of *(name)* _Texas_.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _NA_, is incorporated under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

b.    If the defendant is a corporation

The defendant, *(name)* Allstate Arity LLC is incorporated under the laws of the State of *(name)* Teyas , and has its principal place of business in the State of *(name)* Teyn .

Or is incorporated under the laws of *(foreign nation)* —— ,

and has its principal place of business in *(name)* —— .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Because this same Corporation of all States did a Bad faith on both without pay all 3 Plaintiee's are requesting a sum total of $3 million each please.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Defendants The allstate Corporation its subsidiaries + Arity LLC

Allegation refusing to pay personal injury claims cause us too suffer . bodily injuries. Both of our claims were staged and pre mediated on August 11th, 2020 a May 4th, 2024 Aug 11th we were hit by Savannah Marie Kersey a Arlington/ Fort worth Police SUV No 590 FWP. She was paid by ? to kill us on campus Drive going 85 mph in a Tarrant County auto Pound & Red 1998 Wrangler vs a 2005 SCion

Page 4 of 5

May 4th, 2024

We were leaving a party arrived at Lamar near the service road Aaron in a Black Discovery entered the light. Pulled off going at a high speed hit the 2020 Rogue on the drivers side going about 40 mph + hit us on the driver side a Arlington Police was behind him. It was like another one of All States Staged Plotted + Planned Car accidents of a Bad Faith Car accident just like the Wrangler vs a 2008 Scion on August 11th 2020. Kersey driving 85 mph in a Red Wrangler from the Tarrant County Auto found on Campus Drive almost killing us. Head injuries knee neck back eruption of Jayles kidney a battery charger hitting us in our heads. almost fatal no nothing Kersey is a AWP SUV 690.

Page 4 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  _May 4th, 2026_

Signature of Plaintiff  _Joyce Davis_

Printed Name of Plaintiff  _Joyce Davis_

### B.    For Attorneys

Date of signing:  _____

Signature of Attorney  _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Street Address  _____

State and Zip Code  _____

Telephone Number  _____

E-mail Address  _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          5/4/2026

Signature of Plaintiff          *Mesha Davis*

Printed Name of Plaintiff          MESHA DAVIS

### B.     For Attorneys

Date of signing:          _____

Signature of Attorney          _____

Printed Name of Attorney          _____

Bar Number          _____

Name of Law Firm          _____

Street Address          _____

State and Zip Code          _____

Telephone Number          _____

E-mail Address          _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   _May 5, 2026_

Signature of Plaintiff   _John E. Mray Sr_

Printed Name of Plaintiff   _John E Gray Sr_

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Street Address   _____

State and Zip Code   _____

Telephone Number   _____

E-mail Address   _____