UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JOYCE DAVIS, ET AL.,**

Plaintiffs,

v. **No. 4:26-cv-00547-P**

**THE ALLSTATE CORPORATION, ET AL.,**

Defendants.

**ORDER**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 8. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

On August 10, Plaintiff Joyce Davis filed a Motion to Proceed. ECF No. 9. In their Motion, Plaintiff represented that they paid a filing fee to this Court. ECF No. 9 at 1. But the Court has not received any payment in this case, and none appears on the docket. And Plaintiff's Motion fails to make any objection to the Magistrate Judge's Findings, Conclusions, and Recommendation. The Court therefore **ORDERS** that this case is **DISMISSED without prejudice** for lack of prosecution. All pending motions are hereby **DENIED.**

**SO ORDERED** on this **17th day of August 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE